LAW OFFICES OF
# WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com

BRENDAN M. KUNKLE (State Bar #173292)
bkunkle@abbeylaw.com
ABBEY WEITZENBERG WARREN &EMERY PC
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Phone: (707) 542-5050

**ATTORNEYS FOR PLAINTIFFS**
DAVID CARPENTER, KIM CARPENTER, INDIVIDUALLY AND AS NEXT FRIEND OF C. C., A MINOR, AND KIM AGRELLA, TRUSTEE OF THE CARPENTER FAMILY TRUST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CARPENTER, KIM CARPENTER, individually and as next friend of C. C., a minor, and KIM AGRELLA, trustee of THE CARPENTER FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation, and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 3:17-cv-03221-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>The Hon. Jon S. Tigar<br><br>Action Filed: 06/05/2017<br>Trial Date: Unassigned |

Counsel report that they have met an conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - CASE NO. 3:17-cv-03221-JST

( ) **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

( ) **Mediation** (ADR L.R. 6)

(X) **Private ADR** (*specify process and provider*)

    The parties participated in private mediation on May 24, 2017. Involvement with the mediator is ongoing.

The parties agree to hold the ADR session by:

( ) the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered*)

(X) other requested deadline: <u>The parties participated in private mediation on May 24, 2017. Involvement with the mediator is ongoing.</u>

Dated: September 5, 2017    WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
Attorneys for Plaintiffs
DAVID CARPENTER, KIM CARPENTER, INDIVIDUALLY AND AS NEXT FRIEND OF C. C., A MINOR, AND KIM AGRELLA, TRUSTEE OF THE CARPENTER FAMILY TRUST

Dated: September 5, 2017    ABBEY WEITZENBERG WARREN & EMERY PC

By: /s/ Brendan M. Kunkle
BRENDAN M. KUNKLE
Attorneys for Plaintiffs
DAVID CARPENTER, KIM CARPENTER, individually and as next friend of C. C., a minor, and KIM AGRELLA, trustee of THE CARPENTER FAMILY TRUST

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

Dated: September 5, 2017    LeClairRyan LLP

By: _____
CHARLES H. HORN
FELICIA P. JAFFERIES
Attorneys for Defendant
AMAZON.COM, INC.

[PROPOSED] ORDER SELECTING ADR PROCESS

(x) IT IS SO ORDERED

( ) IT IS SO ORDERED WITH MODIFICATIONS:

DATED: September 6, 2017

_____
US DISTRICT MAGISTRATE JUDGE