LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com

BRENDAN M. KUNKLE (State Bar #173292)
bkunkle@abbeylaw.com
ABBEY WEITZENBERG WARREN &EMERY PC
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
P: (707) 542-5050

**ATTORNEYS FOR PLAINTIFFS
DAVID CARPENTER, KIM CARPENTER,
INDIVIDUALLY AND AS NEXT FRIEND OF C.
C., A MINOR, AND KIM AGRELLA, TRUSTEE
OF THE CARPENTER FAMILY TRUST**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARPENTER, KIM CARPENTER, individually and as next friend of C. C., a minor, and KIM AGRELLA, trustee of THE CARPENTER FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a corporation, and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 3:17-cv-03221-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND ALL RELATED DATES**<br><br>The Hon. Jon S. Tigar<br><br>Action Filed: June 5, 2017<br>Trial Date: Unassigned |

To the Honorable Court:

The parties to this action, as well as the parties to the related case of *State Farm General Insurance Company v. Amazon.com, Inc.* (Case No. 3:18-cv-00624-

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND ALL RELATED DATES – CASE NO. 3:17-cv-03221-JST

MEJ), hereby stipulate and request as follows:

1. The parties to this action have been working diligently and cooperatively to complete discovery and prepare for trial.

2. On February 6, 2018, this Court found that the above-mentioned *State Farm* case was related to the instant case because the actions concern substantially the same parties, property and accident.

3. Continuing the trial date and all related dates would enable all parties to streamline and coordinate the discovery process, and would allow State Farm an adequate period of time conduct discovery prior to trial.[1]

4. Accordingly, the parties request the following dates be continued pursuant to the proposed deadlines outlined below:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact discovery cutoff | March 30, 2018 | October 30, 2018 |
| Deadline to file dispositive motions | March 30, 2018 | October 30, 2018 |
| Expert disclosures | April 13, 2018 | November 13, 2018 |
| Expert rebuttal | April 30, 2018 | November 30, 2018 |
| Expert discovery cutoff | May 18, 2018 | December 18, 2018 |
| Pretrial conference statement date | July 10, 2018 | February 11, 2019 |
| Pretrial conference | July 20, 2018 at 2:00 p.m. | February 20, 2019 at 2:00 p.m. |
| Trial | July 30, 2018 at 8:30 a.m. | March 4, 2019 at 8:30 a.m. |

---

[1] Like State Farm, Nationwide Insurance Company has asserted a lien relating to the house fire giving rise to this action. The parties have inquired whether Nationwide intends litigate this matter, but have not received a response.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

SO STIPULATED.

Dated: February 28, 2018  WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
Attorneys for Plaintiffs
DAVID CARPENTER, KIM CARPENTER, INDIVIDUALLY AND AS NEXT FRIEND OF C. C., A MINOR, AND KIM AGRELLA, TRUSTEE OF THE CARPENTER FAMILY TRUST

Dated: February 28, 2018  LECLAIR RYAN

By: /s/
CHARLES HORN
FELICIA P. JAFFERIES
Attorneys for Defendants
AMAZON.COM, INC.

Dated: February 28, 2018  PILLEMER & PILLEMER

By: /s/
DAVID B. PILLEMER
ROBIN F. GENCHEL
Attorneys for STATE FARM GENERAL INSURANCE COMPANY

////
////
////
////
////
////

## ATTORNEY ATTESTATION

I, VALERIE N. ROSE, attest that concurrence in the filing of this document has been obtained from any signatures indicated by a " conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____
VALERIE N. ROSE

## [PROPOSED] ORDER

Having considered the stipulated request of the parties, the Court orders as follows:

1. Good cause having been shown, and in light of the stipulation of the parties, the trial date of July 30, 2018 and all related dates are hereby vacated.

2. The Court hereby sets the following case deadlines:

| Event | Deadline |
|---|---|
| Fact discovery cutoff | October 30, 2018 |
| Deadline to file dispositive motions | October 30, 2018 |
| Expert disclosures | November 13, 2018 |
| Expert rebuttal | November 30, 2018 |
| Expert discovery cutoff | December 18, 2018 |
| Pretrial conference statement date | February 11, 2019 |
| Pretrial conference | February ~~20~~ 22, 2019 at 2:00 p.m. |
| Trial | March 4, 2019 at 8:30 a.m. |

/ / / /

/ / / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1  IT IS SO ORDERED.

2

3  Dated: March 1, 2018

4  _____
   THE HONORABLE JON S. TIGAR
   Judge of the United States District Court

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210