| | |
|---|---|
| 1 | CHARLES H. HORN (SB# 63362) |
| | Charles.Horn@Leclairryan.com |
| 2 | FELICIA P. JAFFERIES (SB# 251904) |
| | Felicia.Jafferies@Leclairryan.com |
| 3 | LECLAIRRYAN LLP |
| | 44 Montgomery Street, Suite 3100 |
| 4 | San Francisco, California  94104-4705 |
| | Telephone:      (415) 391-7111 |
| 5 | Facsimile:      (415) 391-8766 |

Attorneys for Defendant,
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARPENTER, KIM CARPENTER, individually and as next friend of C. C., a minor, and KIM AGRELLA, trustee of THE CARPENTER FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, and DOES ONE through TWENTY, inclusive. <br><br> Defendants. <br><br> AND RELATED ACTIONS. | Case No.:  3:17-cv-03221-JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND ALL RELATED DATES** <br><br><br> Actions Filed:    June 5, 2017 <br> February 6, 2018 <br> July 12, 2018 <br><br> Trial Date:       March 4, 2019 |

To the Honorable Court:

The parties to this action, as well as the parties to the related case of *State Farm General Insurance Company v. Amazon.com, Inc.* (Case No. 3:18-cv-00624-MEJ), hereby stipulate and request as follows:

1. The parties to this action have been working diligently and cooperatively to complete discovery and prepare for trial.  Several party depositions have been taken or are pending and several thousand pages of documents have been produced to date.

2. On July 12, 2018, this Court granted Allied Property and Casualty Insurance Company's Motion to Intervene. [Document No. 43]  On August 2, 2018, Amazon.com, Inc.

filed an Answer to the Complaint in Intervention [Document 44] and thereafter propounded written discovery to the new party.

3. On August 27, 2018, plaintiff Allied Property and Casualty Insurance Company served its Rule 26(a)(1) Initial Disclosures. On August 28, 2018, plaintiff State Farm General Insurance Company filed and served its Rule 26(a)(1) Initial Disclosures [Document No. 10]. Both sets of disclosures identify several additional witnesses who have information pertaining to plaintiffs' claims and damages.

4. The parties agree that the current fact discovery cutoff does not allow sufficient time to complete their investigation in light of further discovery needed and new parties to the case. Continuing the trial date and all related dates would enable the parties to streamline and coordinate the remaining discovery and would allow State Farm and Allied an adequate period of time to conduct discovery prior to trial.

5. Accordingly, the parties request the following dates be continued pursuant to the proposed deadlines outlined below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cutoff | October 30, 2018 | March 1, 2019 |
| Deadline to file dispositive motions | October 30, 2018 | November 9, 2018 |
| Expert disclosures | November 13, 2018 | April 1, 2019 |
| Expert rebuttal | November 30, 2018 | April 15, 2019 |
| Expert discovery cutoff | December 18, 2018 | May 17, 2019 |
| Pretrial conference statement date | February 11, 2019 | July 28, 2019 |
| Pretrial conference | February 20, 2019 at 2:00 p.m. | August 7, 2019 at 2:00 p.m. |
| Trial | March 4, 2019 at 8:30 a.m. | August 19, 2019 at 8:30 a.m. |

/ / /

/ / /

/ / /

SO STIPULATED:

Dated: September 10, 2018          WALKUP, MELODIA, KELLY & SCHOENBERGER


                                   By:   /s/ Valerie N. Rose
                                         KHALDOUN A. BAGHDAD
                                         VALERIE N. ROSE
                                         Attorneys for Plaintiffs
                                         DAVID CARPENTER, KIM CARPENTER,
                                         INDIVIDUALLY AND AS NEXT FRIEND
                                         OF C.C., A MINOR, AND KIM
                                         AGRELLA, TRUSTEE OF THE
                                         CARPENTER FAMILY TRUST

Dated: September 10, 2018          PILLEMER & PILLEMER


                                   By:   /s/ David B. Pillemer
                                         DAVID B. PILLEMER
                                         ROBIN F. GENCHEL
                                         Attorneys for STATE FARM GENERAL
                                         INSURANCE COMPANY

Dated: September 10, 2018          BAUMAN LOEWE WITT & MAXWELL


                                   By:   /s/ Lubomyr B. Jeans-Berezowsky
                                         Patrick Y. Howell
                                         Lubomyr B. Jeans-Berezowsky
                                         Attorneys for ALLIED PROPERTY AND
                                         CASUALTY INSURANCE COMPANY

Dated: September 10, 2018          LECLAIRRYAN


                                   By:   /s/ Felicia P. Jafferies
                                         CHARLES HORN
                                         FELICIA P. JAFFERIES
                                         Attorneys for Defendant
                                         AMAZON.COM, INC.

---

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND ALL RELATED DATES

## ATTORNEY ATTESTATION

I, Felicia P. Jafferies, attest that concurrence in the filing of this document has been obtained from any signatures indicated by a "confirmed" signature (/s/) within this e-filed document. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2018　　　　　　　　　　/s/ Felicia P. Jafferies
　　　　　　　　　　　　　　　　　　　　　　FELICIA P. JAFFERIES

## [PROPOSED] ORDER

Having considered the stipulated request of the parties, the Court orders as follows:

1. Good cause having been shown, and in light of the stipulation of the parties, the trial date of March 4, 2019 and all related dates are hereby vacated.

2. The Court hereby sets the following case deadlines:

| Event | Deadline |
|---|---|
| Fact discovery cutoff | March 1, 2019 |
| Deadline to file dispositive motions | November 9, 2018 |
| Expert disclosures | April 1, 2019 |
| Expert rebuttal | April 15, 2019 |
| Expert discovery cutoff | May 17, 2019 |
| Pretrial conference statement date | ~~July 28, 2019~~ July 29, 2019 |
| Pretrial conference | August 7, 2019 at 2:00 p.m. |
| Trial | August 19, 2019 at 8:00 a.m. ~~8:30 a.m.~~ |

IT IS SO ORDERED.

Dated: September 11, 2018　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court