LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com

Brendan M. Kunkle (State Bar #173292)
bkunkle@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY
100 Stony Point Road, #200
Santa Rosa, CA 95401
Telephone: (707) 542-5050
Facsimile: (707) 542-2589

**ATTORNEYS FOR PLAINTIFFS
DAVID CARPENTER, KIM CARPENTER,
INDIVIDUALLY AND AS NEXT FRIEND OF C.
C., A MINOR, AND KIM AGRELLA, TRUSTEE
OF THE CARPENTER FAMILY TRUST**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARPENTER, KIM CARPENTER, individually and as next friend of C. C., a minor, and KIM AGRELLA, trustee of THE CARPENTER FAMILY TRUST,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a corporation, and DOES ONE through TWENTY, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-03221-JST<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME RE: BRIEFING OF AMAZON'S MOTION FOR SUMMARY JUDGMENT**<br><br>The Hon. Jon S. Tigar<br><br>Action Filed:　　June 5, 2017<br>Trial Date:　　　August 19, 2019 |

TO THE HONORABLE COURT:

The parties to this action, as well as the parties to the related case of *State Farm General Insurance Company v. Amazon.com, Inc.* (Case No. 3:18-cv-00624-

1

MEJ), hereby stipulate and request as follows:

1. Plaintiffs' Opposition to Amazon's Motion for Summary Judgment (MSJ), filed on November 9, 2018, is currently due on November 23, 2018.

2. This briefing schedule, in light of the upcoming Thanksgiving holiday and associated office closures, gives plaintiffs insufficient time to prepare adequate and complete responsive briefing.

3. Continuing plaintiff's MSJ Opposition deadline until December 7, 2018 would allow plaintiffs an adequate period of time to respond.

4. Accordingly, the parties request the following dates be continued pursuant to the proposed deadlines outlined below. This briefing schedule would not alter the Court's scheduled hearing on Amazon's MSJ, or any other relevant dates or deadlines.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Opposition to Amazon's MSJ | November 23, 2018 | December 7, 2018 |
| Amazon's Reply | November 30, 2018 | December 21, 2018 |
| Hearing on Amazon's MSJ | January 24, 2019 | January 24, 2019 |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

SO STIPULATED.

Dated: November 16, 2018   WALKUP, MELODIA, KELLY & SCHOENBERGER

By: ___/s/ *Valerie N. Rose*___
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
Attorneys for Plaintiffs
DAVID CARPENTER, KIM CARPENTER, INDIVIDUALLY AND AS NEXT FRIEND OF C. C., A MINOR, AND KIM AGRELLA, TRUSTEE OF THE CARPENTER FAMILY TRUST

Dated: November 16, 2018   LECLAIR RYAN

By: ___/s/ *Felicia P. Jafferies*___
CHARLES HORN
FELICIA P. JAFFERIES
Attorneys for Defendants
AMAZON.COM, INC.

Dated: November 16, 2018   PILLEMER & PILLEMER

By: ___/s/ *David B. Pillemer*___
DAVID B. PILLEMER
ROBIN F. GENCHEL
Attorneys for STATE FARM GENERAL INSURANCE COMPANY

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

## ATTORNEY ATTESTATION

I, VALERIE N. ROSE, attest that concurrence in the filing of this document has been obtained from any signatures indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2018

_____
VALERIE N. ROSE

## [~~PROPOSED~~] ORDER

Having considered the stipulated request of the parties, the Court orders as follows:

1. Good cause having been shown, and in light of the stipulation of the parties to extend time on deadlines related to the briefing of defendant Amazon's Motion for Summary Judgment, the current briefing schedule relating to the Motion are hereby vacated.

2. The Court hereby sets the following case deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Opposition to Amazon's MSJ | November 23, 2018 | December 7, 2018 |
| Amazon's Reply | November 30, 2018 | December 21, 2018 |
| Hearing on Amazon's MSJ | January 24, 2019 | January 24, 2019 |

/ / / /

/ / / /

/ / / /

/ / / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME RE: BRIEFING OF AMAZON'S MOTION FOR SUMMARY JUDGMENT - CASE NO. 3:17-cv-03221-JST

IT IS SO ORDERED.

Dated: November 20, 2018

_____
THE HONORABLE JON S. TIGAR
Judge of the United States District Court

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210