Patrick Y. Howell, SBN 298296
Lubomyr B. Jeans-Berezowsky, SBN 302637
**BAUMAN LOEWE WITT & MAXWELL, PLLC**
8765 E. Bell Road, Suite 210
Scottsdale, AZ 85260
P: (480) 502-4664
F: (480) 502-4774
E: phowell@blwmlawfirm.com
E: lberezowsky@blwmlawfirm.com
*Attorneys for Plaintiff*
*Allied Property and Casualty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARPENTER, KIM CARPENTER, individually and as next friend of C.C., a minor, and KIM AGRELLA, trustee of THE CARPENTER FAMILY TRUST, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> AMAZON.COM, INC., a Washington corporation, and DOES ONE through TWENTY, inclusive, <br><br> Defendants. <br><br> AND RELATED ACTIONS | CASE NO. 3:17-cv-03221-JST <br><br> [Related Case No. 3:18-cv-00624-MEJ] <br><br> **STIPULATION AND [PROPOSED] ORDER RE: TELEPHONIC APPEARANCE AT SUMMARY JUDGMENT HEARING** <br><br> The Hon. Jon S. Tigar <br><br> Hearing Date: January 24, 2019 <br> Time: 2:00pm <br> Place: Courtroom 9, 19th Floor |

To the Honorable District Court:

The parties to this action, as well as the parties to the related case of *State Farm General Insurance Company v. Amazon.com, Inc.* (Case No. 3:18-cv-00624-MEJ), hereby stipulate and respectfully request that counsel for plaintiff Allied Property and

1

Casualty Insurance Company ("Allied") and counsel for State Farm General Insurance Company ("State Farm") be allowed to appear telephonically for the hearing on defendant Amazon.com, Inc.'s motion for summary judgment, scheduled for January 24, 2019.

Pursuant to the agreement of the parties and the Court's order dated October 29, 2018 (Docket No. 53), Defendant Amazon.com, Inc., filed a single Memorandum of Points and Authorities in Support of its separate Motions for Summary Judgment. The Carpenter plaintiffs filed a single Memorandum of Points and Authorities in Opposition which the parties agreed would be applicable to the causes of action for each plaintiffs' complaint.

Counsel for the Carpenter plaintiffs, located in San Francisco, will appear at the hearing in person to present arguments in support of the Opposition. Counsel for Allied, located in Arizona, and counsel for State Farm, located in Southern California, do not anticipate having additional arguments to make at the hearing. To the extent that the Court has questions for the Allied or State Farm plaintiffs, counsel will be able to address questions or additional issues by telephone.

Therefore, the parties hereby stipulate and respectfully request that Allied and State Farm be allowed to appear telephonically for the hearing on Amazon's motion for summary judgment.

SO STIPULATED.

///

Dated: January 11, 2019

                    **BAUMAN LOEWE WITT & MAXWELL, PLLC**

                    By: */s/ Lubomyr B. Jeans-Berezowsky*
                        PATRICK Y. HOWELL
                        LUBOMYR B. JEANS-BEREZOWSKY
                    *Attorneys for Plaintiff Allied Property and Casualty Insurance Company*

Dated: January 11, 2019

                    **WALKUP, MELODIA, KELLY & SCHOENBERGER**

                    By: */s/ Valerie N. Rose*
                        KHALDOUN A. BAGHDADI
                        VALERIE N. ROSE
                    *Attorneys for Plaintiffs, David Car penter, Kim Carpenter, Individual ly and as Next Friend of C.C., a Mi nor, and K im Agrella, Trustee of the Carpenter Family Trust*

Dated: January 11, 2019

                    **LECLAIR RYAN**

                    By: */s/ Felicia P. Jeffries*
                        CHARLES HORN
                        FELICIA P. JAFFERIES
                    *Attorneys for Defendants Amazon.com, Inc.*

Dated: January 11, 2019

                    **PILLEMER & PILLEMER**

                    By: */s/ David B. Pillemer*
                        DAVID B. PILLEMER
                        ROBIN F. GENCHEL
                    *Attorneys for State Farm General Insurance Company*

STIPULATION AND [PROPOSED] ORDER RE: TELEPHONIC APPEARANCE AT SUMMARY JUDGMENT HEARING

3219475v1

**ATTORNEY ATTESTATION**

I, Lubomyr B. Jeans-Berezowsky, pursuant to Local Rule 5-1 (i)(3), attest that concurrence in the filing of this document has been obtained from each of the other signatories as indicated by an electronic signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2019

_____
Lubomyr B. Jeans-Berezowsky

STIPULATION AND [PROPOSED] ORDER RE: TELEPHONIC APPEARANCE AT SUMMARY JUDGMENT HEARING

3219475v1

# [PROPOSED] ORDER

Having considered the stipulated request of the parties, the Court orders as follows:

1. For good cause shown and in light of the stipulation of the parties to allow counsel for Allied Property and Casualty Company and counsel for State Farm General Insurance Company to appear telephonically at the January 24, 2019 hearing on Defendant Amazon.com, Inc.'s Motion for Summary Judgment, the Court hereby GRANTS the parties' request for telephonic appearance.

IT IS SO ORDERED.

Dated: January 14, 2019

_____
THE HONORABLE JON S. TIGAR
Judge of the United States District Court