David B. Pillemer, Esq., State Bar No. 97808
PILLEMER & PILLEMER
17835 Ventura Blvd., Suite 204
Encino, California 91316-3673
Telephone (818) 994-4321 • Facsimile (818) 994-3484
Email: dpillemer@pillemerlaw.com

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC. and DOES 1-40, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Civil No.: 3:18-cv-00624-MEJ (related to 3:17-CV-03221-JST)<br><br>Assigned for All Purposes To:<br>Jon S. Tigar<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT SCHEDULE DATES**<br><br>TRIAL DATE: 08/19/19<br>ACTION FILED: 12/18/17 |

     The Stipulation of the Parties for a Continuance of Trial and the Case Management Schedule, submitted by the parties hereto, by and through their respective counsel of record is hereby granted.

     Pursuant to the Stipulation, the Court issues and Order that the following Scheduling Order shall govern the remainder of this litigation:

////
////

| Type of appearance | Operative Case Management Schedule | Stipulated Case Management Schedule |
|---|---|---|
| Non Expert Discovery | March 1, 2019 | June 5, 2019 |
| Expert Disclosure Deadlines | April 1, 2019 | July 3, 2019 |
| Expert Rebuttal | April 15, 2019 | July 16, 2019 |
| Expert Discovery cutoff | May 17, 2019 | July 31, 2019 |
| Pretrial Conference Statement due | July 29, 2019 | September 30, 2019 |
| Pretrial Conference | August 7, 2019 | October 11, 2019 ~~October 9, 2019~~ |
| Trial | August 19, 2019 | October 21, 2019 |

DATED February 13, 2019

By: _____
JON S. TIGAR
Judge of the United States District Court

\\server\data\opn\11972\proposed order to continue case management schedule

- 2 -   3:18-cv-00624-MEJ (formerly SCV-261700)
(related to 3:17-CV-03221-JST)
[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT SCHEDULE DATES